IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| LARRY JAMES RAINEY, ) <br> TDCJ #560039, ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> WILLIAM STEPHENS, Director, ) <br> Texas Department of Criminal Justice, ) <br> Correctional Institutions Division, ) <br>     Respondent. ) | Civil No. 7:12-CV-190-O-BL |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Report and Recommendation of the United States Magistrate Judge [ECF No. 14], I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, Petitioner's motions for temporary restraining order [ECF Nos. 10 & 11] are DENIED.

SO ORDERED this 4th day of March, 2014.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**